**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**


**VERNON STANCUNA,**
            **-Plaintiff**


        **-v-**                                              **CIVIL 3:09mc251 (TPS)**


**NEW HAVEN LEGAL ASSISTANCE, INC., et al.,**
            **-Defendants**


### Order on Motion for Leave to Proceed Informa Pauperis and Recommended Ruling of Dismissal

Plaintiff, Vernon Stancuna, has filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The court notes that the information provided in the financial affidavit differs from the affidavit accompanying his motion for leave to proceed in forma pauperis in Case No. 09mc211, also pending before this Magistrate Judge, and is incomplete regarding other cases filed by plaintiff in this district.  As a result, the court questions the accuracy of the information provided.  Nevertheless, based on the affidavit, it appears that plaintiff qualifies for in forma pauperis status.  The court therefore grants plaintiff's motion for leave to proceed in forma pauperis (dkt. #1), but recommends that the district judge to whom this case is assigned dismiss it pursuant to 28 U.S.C. § 1915(e)(i).

Plaintiff alleges violations of the Racketeer Influenced and Corrupt Organizations (RICO) Act and seeks to bring an action

pursuant to 18 U.S.C. § 1964(c).  Plaintiff, however, has failed to allege facts in the complaint to support an inference that the named defendants are engaged in racketeering activity or involved in an enterprise affecting interstate or foreign commerce as required under RICO.  18 U.S.C. §§ 1962 and 1964; see also Inkel v. Bush, 2004 WL 2381747, *4 (D. Conn. Oct. 4, 2004) (citing Moss v. Morgan Stanley, Inc., 719 F.2d 5, 17 (2d Cir. 1983), cert. denied, 465 U.S. 1025 (1984)).  As there is no basis for plaintiff's civil RICO claims, it is therefore recommended that the complaint be dismissed as frivolous within the meaning of 28 U.S.C. § 1915(e)(i).

SO ORDERED.

**Dated at Hartford, Connecticut this 21st day of August, 2009.**


**/s/ Thomas P. Smith**
**Thomas P. Smith**
**United States Magistrate Judge**